```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03585
   IRVING E TURNER
   ELIZABETH S TURNER                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-1090    SSN XXX-XX-2866

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/01/07 .

     2.  The case was dismissed without confirmation, 07/13/2007.

     3.  The Debtor paid a total of $   6600.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | 800.00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | 600.00 |
| SUMMIT MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MANAGEMENT REALTY PARTNE | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |

```
         Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 1400.00 | .00 | .00 | .00 | 1400.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1400.00 | .00 | .00 | .00 | 1400.00 |

```
The Debtor's attorney, PAUL M BACH                    , was allowed $   2500.00
and was paid $    800.00  direct and $    1700.00  through the plan.

The Trustee received $      82.75 .

Refunds to the Debtor totaled $    3417.25 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 10/09/07                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```